# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUDOLPH M. TOUSSAINT, | : | No. 3:19cv425 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| SETERUS, INC. and | : | |
| SERVICE LINK FIELD SERVICES, LLC, | : | |
| | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, to wit, this 30th day of December 2019, Defendant Service Link Field Services, LLC's motion to remand to state court (Doc. 20) is hereby **DENIED**.

Defendant Seterus, however, is directed to file a status report to the court within thirty (30) days from the date of this order which properly sets forth the citizenship of the parties. Failure to file the status report will result in the case being remanded to the Monroe County Court of Common Pleas.

The other parties are also directed to be cooperative with Defendant Seterus in providing discovery with regard to these issues.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**